Print this page

# Case # PD-1609-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/14/2015 09:08:02 PM |
| Case Number | PD-1609-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Michael Diaz |
| Firm Name | Law Office of Michael C. Diaz |
| Filed By | Mike Diaz |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.09 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $3.34 |

## Payment

| | |
|---|---|
| Account Name | Michael C Diaz |
| Transaction Amount | $3.34 |
| Transaction Response | |
| Transaction ID | 6219343 |
| Order # | 003775131-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Petition for Discretionary Review |
| Reference Number | PD-1609-14 |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 01/21/2015 02:50:01 PM | The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
|---|---|---|
| *Attachments* | Camacho Opinion.pdf | [Original] |
| *Lead Document* | Camacho PDR No.1609-14.pdf | [Original] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| John J. Harrity III John.Harrity@fortbendcountytx.gov | Moton Law Office | EServe | Sent | Yes | Not Opened |